UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PABLO CARDENAS SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-89 |
| | § | |
| KARNES COUNTY CORRECTIONAL | § | |
| CENTER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action filed by a federal prisoner. Plaintiff Pablo Cardenas Sanchez is currently incarcerated at the Adams Correctional Center in Natchez, Mississippi. (D.E. 1, Page 2). In his complaint, Plaintiff challenges conditions relating to his confinement while in the custody of the Karnes County Correctional Center in Karnes City, Texas. (D.E. 1, Pages 2-3). Specifically, Plaintiff alleges Karnes County Correctional Officers, while transferring Plaintiff from the Coastal Bend Detention Center in Robstown, Texas, to the Karnes County Correctional Center in Karnes City, Texas, failed to properly ventilate the transport van for several hours resulting in Plaintiff's hospitalization.

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may

transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, the majority of the events about which Plaintiff complains occurred in Karnes County, Texas. (D.E. 1). None of the Defendants resides or is found in the Corpus Christi Division of the Southern District of Texas. Karnes County lies within the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(4). Therefore, the interests of justice would be served by a transfer to the San Antonio Division of the Western District of Texas. Accordingly, it is **ORDERED** that this case be transferred to the United States District Court for the Western District of Texas, San Antonio Division.

ORDERED this 18th day of February, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE